William C. Reeves
State Bar No.: 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: wreeves@mfrlegal.com

Attorneys for Plaintiff
Wesco Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>H2O TRANSPORTATION, LLC, et al.,<br><br>Defendants. | Case No.: 3:25-cv-00620-ART-CLB<br><br>ORDER GRANTING STIPULATION RE: LEAVE TO FILE AN AMENDED COMPLAINT |

TO THE COURT:

This stipulation is entered by and between counsel for the following parties:

- Plaintiff Wesco Insurance Company ("Plaintiff")
- Defendant H2O Transportation, LLC ("H2O")
- Defendant Jesus Villalobos Lopez ("Lopez")

WHEREAS, this matter is a coverage dispute arising from a multi vehicle accident in which Plaintiff, a liability insurer, seeks a declaration regarding coverage as to claims arising from and relating to the accident;

WHEREAS, the accident involved separate vehicles operated by Lopez and Kathryn Durst ("Durst");

WHEREAS, Plaintiff desires to add Durst as a party to this lawsuit in order to bind her to any coverage determination this Court makes;

WHEREAS, Plaintiff has circulated to all parties a redlined version of a Proposed Second

Amended Complaint ("SAC"), a copy of which is attached hereto as Exhibit A;

WHEREFORE, H2O and Lopez are each amenable, subject to this Court's approval, to affording Plaintiff with leave to file the SAC.

IT IS SO AGREED..

Dated: July 22, 2026

MORALES FIERRO & REEVES

By: /s/ William C. Reeves
William C. Reeves
Attorneys for Plaintiff

KESTREL LAW

By: /s/ Leah Finke
Leah Finke
Attorneys for Lopez

KREITLEIN MOSS

By: /s/ Jett Murphy
Jett Murphy
Attorneys for H2O

ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

Plaintiff is afforded leave to amend to file a clean version of Exhibit A.

IT IS SO ORDERED.

Dated: July 23, 2026.

UNITED STATES MAGISTATE JUDGE